```
 1  JILL F. TEITELBAUM, Bar No. 184469
    BRAGG & KULUVA
 2  555 S. Flower Street, Suite 600
    Los Angeles, California 90071
 3  Office No.: (213) 612-5335
    Fax No.: (213) 612-5712
 4  jteitelbaum@braggkuluva.com
 5
    Attorneys for Defendant
 6  IMPERIAL GUARD AND DETECTIVE SERVICES, INC.
 7
```

FILED 2014 AUG -8 PM 3:48

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCUS FUTCH,<br><br>    Plaintiff,<br><br>vs.<br><br>IMPERIAL GUARD AND DETECTIVE SERVICES, INC., A CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV14-06260-JAK(Ex)<br>[Los Angeles Superior Court Case No. BC548177]<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 85-1.5)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant IMPERIAL GUARD AND DETECTIVE SERVICES, INC. certifies that the following listed party or parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.   MARCUS FUTCH

2.   IMPERIAL GUARD AND DETECTIVE SERVICES, INC.

/ / /

/ / /

1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 85-1.5))

3. FEDERAL INSURANCE COMPANY, Insurer of Defendant

DATED: August 8, 2014

                                        BRAGG & KULUVA

                              By: *[signature]*
                                    JILL F. TEITELBAUM

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 85-1.5))**

PROOF OF SERVICE BY MAIL
(FRCivP 5(b)) or
(CCP 1013a, 2015.5) or
(FRAP 25(d))

I am employed with the law firm of BRAGG & KULUVA, whose address is 555 S. Flower Street, Suite 600, Los Angeles, California 90071. I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with BRAGG & KULUVA's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of BRAGG & KULUVA's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at BRAGG & KULUVA with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 85-1.5)**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at BRAGG & KULUVA, 555 S. Flower Street, Suite 600, Los Angeles, California 90071, in accordance with BRAGG & KULUVA's ordinary business practices:

Law Offices of Mauro Fiore, Jr.
80 S. Lake Avenue, Suite 710
Pasadena, CA 91101

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this day, August 7, 2014, at Los Angeles, California.

Maria M. Cerros

3

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 85-1.5))