EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant
Imperial Guard and Detective Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

COURTROOM 780

| | |
|---|---|
| MARCUS FUTCH, | CASE NO. 214-CV--06260 - JAK-E |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| vs. | |
| IMPERIAL GUARD AND DETECTIVE SERVICES, INC., A CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

PLEASE TAKE NOTICE that effective February 2, 2015, the law firm of Bragg & Kuluva will change its name to Kuluva, Armijo & Garcia. The address, telephone number and facsimile number will remain the same.

DATED: January 26, 2015                BRAGG & KULUVA

By: _____
EDWARD GARCIA
Attorneys for Defendant
Imperial Guard and Detective Services, Inc.

## PROOF OF SERVICE BY MAIL

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

(FRCivP 5(b)) or FRAP 25(d))

I, the undersigned, hereby certify that I am a citizen of the United States and over the age of eighteen; I work in the County of San Francisco, California, in which County the within mailing took place; and I am not a party to the subject case. My business address is Embarcadero Center West, 275 Battery Street, Suite 1100, San Francisco, CA 94111.

I am familiar with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business.

On January 27, 2015, I placed the within **NOTICE OF CHANGE OF FIRM NAME** in an envelope(s) sealed, with postage thereon fully prepaid, and following the ordinary business practices of this law firm, placed said envelope(s) for collection and mailing to the parties to the within action, at San Francisco, California, addressed as follows:

Sergio J. Puche
**Law Offices of Mauro Fiore, Jr.**
80 S. Lake Avenue, Suite 710
Pasadena, CA 91101

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this day January 27, 2015, at San Francisco, California.

Shawna A. Fields