EDWARD GARCIA, Bar No. 173487
KULUVA, ARMIJO & GARCIA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535
edgarcia@kuluvalaw.com

Attorneys for Defendant
Imperial Guard and Detective Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS FUTCH,<br><br>    Plaintiff,<br><br>    vs.<br><br>IMPERIAL GUARD AND DETECTIVE SERVICES, INC., A CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | CASE NO. 214-CV--06260 - JAK-E<br><br>**PLAINTIFF AND DEFENDANTS' JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Marcus Futch and Defendant Imperial Guard and Detective Services, Inc., through their respective counsel of record, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and costs of suit.

DATED: February 23, 2015         LAW OFFICES OF MAURO FIORE, JR.

                                 By: /s/ *Sergio J. Puche*
                                     SERGIO J. PUCHE
                                     Attorney for Plaintiff
                                     MARCUS FUTCH

1

DATED: February 23, 2015      KULUVA, ARMIJO & GARCIA

                              By: */s/ Edward Garcia*
                                  EDWARD GARCIA
                                  Attorney for Defendant
                                  IMPERIAL GUARD AND DET. SERVICES, INC.

## ORDER

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED:

DATED:_____

                              _____
                              JOHN A. KRONSTADT
                              United States District Judge