UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS FUTCH,<br><br>    Plaintiff,<br><br>    vs.<br><br>IMPERIAL GUARD AND DETECTIVE SERVICES, INC., A CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | CASE NO. 214-CV--06260 - JAK-E<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

### **ORDER**

Pursuant to the Joint Stipulation for Dismissal filed by the parties, it is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED:

DATED: February 26, 2015

_____
JOHN A. KRONSTADT
United States District Judge